United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-1991WM

Gene W. Spitzmiller,              *
                                      *
            Appellant,     *
                                      *     Appeal from the United States
     v.                          *     District Court for the Western
                                      *     District of Missouri.
Julia Hawkins; David Harrison; Paul  *
Boudreau; Missouri Personnel Advisory  *       [UNPUBLISHED]
Board,                            *
                                      *
            Appellees.     *

_____

Submitted:  October 6, 1997
Filed:   October 15, 1997
_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

After Gene W. Spitzmiller was dismissed from his position as a hearing examiner for Missouri's Personnel Advisory Board (PAB), Spitzmiller filed actions in federal district court, in Missouri state court, and before the PAB, alleging his dismissal was unlawful. The district court ordered the federal action stayed pending disposition of the state actions, and Spitzmiller appeals. Because the district court's order was based on abstention and Spitzmiller has now dismissed the state proceedings, the district court's order has expired by its own terms and we conclude the appeal is moot.

Accordingly, we dismiss Spitzmiller's appeal as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.